E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0649
     Facsimile: (213) 894-0141
     E-mail:    devon.myers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-MJ-00834 |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF MOTION TO DISMISS MAGISTRATE JUDGE'S COMPLAINT WITHOUT PREJUDICE AND LODGING OF PROPOSED ORDER FOR DISMISSAL OF MAGISTRATE JUDGE'S COMPLAINT |
| OMAR PULIDO BASTIDA, aka "Omar Pulido," | |
| Defendant. | |

     The government hereby moves to dismiss the Magistrate Judge's Complaint in this case without prejudice.

     The government hereby lodges the attached Proposed Order for Dismissal Without Prejudice of Magistrate Judge's Complaint for the Court's signature.

//
//
//
//
//

1    The government further requests that the defendant be released

2  forthwith if he is in custody solely on this charge.

3

4  Dated: September 20, 2023          Respectfully submitted,

5                                    E. MARTIN ESTRADA
                                     United States Attorney
6
                                     MACK E. JENKINS
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8

9                                    _____/s/_____
                                     DEVON MYERS
10                                   Assistant United States Attorney
                                     Deputy Chief, General Crimes Section
11
                                     Attorneys for Plaintiff
12                                   UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28